JUDGE: Lynn N. Hughes
CASE MANAGER: Glenda Hassan
REPORTER: Reed    INTERPRETER: _____

☒ LAW CLERK: Kaufman    ☐ INTERN: _____

TIME: 2:48 p.m. TO 3:24 p.m. / _____ TO _____ .m.    DATE: April 17, 2012

CR. NO. H-11-116

| Deft. No. | Deft. Name | | | |
|---|---|---|---|---|
| | UNITED STATES OF AMERICA vs. | § | Ruben Perez + Joseph Magliolo | AUSA |
| 1 | Maria Rojas | § | David Adler | ☒ CJA |
| 2 | Jose Luis Rojas | § | Mark Bennett | ☒ CJA |
| | | § | | ☐ CJA |
| | | § | | ☐ CJA |
| | | § | | ☐ CJA |
| | | § | | ☐ CJA |
| | add'l defts. on second page | | | |

**Hearing**

☒ Hearing held on:
  ☐ all pending motions
  ☒ these topics: restitution

☐ **Evidence presented** (exhibits admitted or testimony given) on: _____

☒ *Order to be entered.*
☐ All motions not expressly decided are denied without prejudice to being reurged.
☐ Change of plea hearing held; deft withdraws plea of guilty.
☐ Jury trial set _____, at _____ m.
☐ Deft _____ bond set/reduced to $_____  ☐ Cash ☐ Surety ☐ 10% ☐ PR.
☐ Deft _____ bond ☐ continued ☐ forfeited.
☐ Deft _____ failed to appear, bench warrant to issue.
☐ Deft _____ remanded to custody.
☐ Other Rulings: _____