```
                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE SOUTHERN DISTRICT OF TEXAS
                             HOUSTON DIVISION


UNITED STATES OF AMERICA      )
                              )
VS.                           )    NO. H-11-CR-116
                              )    April 25, 2011
MARIA ROJAS, ET AL            )


                             CONFERENCE
                BEFORE THE HONORABLE LYNN N. HUGHES




For the Government:          Mr. Joe Magliolo, AUSA
                             Mr. Ruben Perez, AUSA
                             U. S. Attorney's Office
                             910 Travis, Suite 1500
                             Houston, Texas 77002

For Defendant                Mr. David Adler
Maria Rojas:                 Ms. Sue Jana
                             David Adler, PC
                             6750 West Loop S., Suite 120
                             Bellaire, Texas  77401

For Defendant                Mr. Mark W. Bennett
Jose Luis Rojas:             Bennett & Bennett
                             735 Oxford Street
                             Houston, Texas  77007

For Defendant                Ms. Lonnie R. Knowles
Javier Belmontes:            Attorney at Law
                             1314 Texas Avenue, Suite 1508
                             Houston, Texas  77002

For Defendant                Mr. Neal Andrew Davis
Maday Martinez:              Attorney at Law
                             917 Franklin, Suite 600
                             Houston, Texas  77007
```

```
 1   For Defendant                  Mr. Baldemar Zuniga
     Evelyn Aguero:                 Zuniga Law Offices, PC
 2                                  6200 Savoy, Suite 354
                                    Kingwood, Texas   77036
 3
     For Defendant                  Mr. Eduardo Peter Sillas
 4   Silvano Santos:                Attorney at Law
                                    8400 Howard Drive
 5                                  Houston, Texas   77017

 6   For Defendant Claudia          Mr. Stephen Zajonc
     Perez-Ramirez:                 The Zajonc Law Firm
 7                                  2519 Diamond River
                                    Rosenberg, Texas   77471
 8
     For Defendant Olvan            Ms. Lourdes Rodriguez
 9   Ramirez-Caseres:               Attorney at Law
                                    300 Fannin, Suite 220
10                                  Houston, Texas   77002

11
     For Material Witnesses:        Ms. Nancy C. Harrison
12                                  Nancy Harrison & Associates
                                    6633 Hillcroft, Suite 201
13                                  Houston, Texas   77081

14   Court Reporter:                Bruce Slavin, RPR, CM

15

16

17

18

19

20

21   Proceedings reported by mechanical stenography and produced
     by computer-aided transcription.
22
     *This transcript has been furnished at public expense under*
23   *the Criminal Justice Act and may be used only as authorized*
     *by court order.  Unauthorized reproduction will result in an*
24   *assessment against counsel for the cost of an original and*
     *one copy at the official rate.  General Order 94-15, United*
25   *States District Court, Southern District of Texas.*
```

|  |  |  |
|---|---|---|
|  | 1 | THE COURT: What's the deal? |
|  | 2 | MS. HARRISON: I asked for an extension to depose |
|  | 3 | because I haven't gotten any documents from the government |
|  | 4 | or the defense, and they all seem to have seen my clients |
| 16:29 | 5 | before I saw them. So -- |
|  | 6 | MR. PEREZ: I'm making copies, Your Honor. I will |
|  | 7 | give it to them. |
|  | 8 | MS. HARRISON: So, I need two weeks. |
|  | 9 | THE COURT: No, I'm not keeping these people in |
| 16:29 | 10 | jail. We have got to get on with it. I have yanked some |
|  | 11 | poor judge down there, who couldn't have been nicer about |
|  | 12 | the whole thing. |
|  | 13 | (Off the record) |
|  | 14 | MS. HARRISON: Could I have two days? |
| 16:30 | 15 | THE COURT: No, ma'am. Look at this crowd of -- |
|  | 16 | well, I don't want to describe them but -- And you've just |
|  | 17 | got to help these nice people. They're just witnesses. |
|  | 18 | MS. HARRISON: That's what I am trying to do. |
|  | 19 | THE COURT: Perez is not after them. These guys |
| 16:30 | 20 | are desperate for something and, so, they want to ask them a |
|  | 21 | bunch of pointless questions. That's what they do at trial. |
|  | 22 | So -- |
|  | 23 | MS. HARRISON: Well, I don't know why I am |
|  | 24 | appointed if I'm not supposed to represent them. |
| 16:31 | 25 | THE COURT: If something happens -- When he does |

4

         1   something terrible, that's when you step in, but you don't
         2   need to try the case.  You just need to make sure they don't
         3   do anything mean and useless and cruel.
         4           MS. HARRISON:  Well, they're trying to claim that
16:31    5   they're lying, and I don't even have the documents to prove
         6   that they were or were not.
         7           THE COURT:  If their idea of a question is probably
         8   "You're lying, aren't you?" --
         9           MR. PEREZ:  Hey, Judge.  I was just getting
16:31   10   started.  Don't shut me down.
        11           MS. HARRISON:  He hasn't had a chance yet.
        12           MR. PEREZ:  I never said they were lying, Your
        13   Honor.
        14           THE COURT:  Look.  I don't know what the point is,
16:31   15   but I will tell you that criminal defense lawyers, in my
        16   limited experience, in allowing you to ask questions not at
        17   trial, tend to decide you're going to do a cross-examination
        18   as if there are twelve innocent people watching you.
        19                   Just find out what these people know.  If they
16:32   20   know something really important, we need to get it down, but
        21   they need to be let go.  So, just ask some factual
        22   questions, please.
        23           MS. HARRISON:  Thank you, Judge.
        24           THE COURT:  And, if you ask questions, the same
16:32   25   applies to you.

```
                 1          MS. HARRISON:  Sure.
                 2          MR. ZUNIGA:  Would you repeat that again, Judge.  I
                 3   want to make sure Mr. Perez heard that.
                 4          THE COURT:  If you think a little admonition from
16:32            5   me is going to make any difference of his thick skin or
                 6   head -- I have been trying for a long time.
                 7          MR. PEREZ:  Judge, obviously, I am going to give
                 8   the reports.  You all have agreed that I have given you-all
                 9   all the reports concerning these witnesses, and I will give
16:32           10   the same to her, Your Honor.  But something that hasn't been
                11   brought up -- and we might as well address it now -- is you
                12   wanted their reports.  And I don't want another delay; so, I
                13   think that needs to be addressed now.
                14          MS. HARRISON:  Well, one of the other attorneys
16:32           15   says I don't have the right to those notes.  You know, I
                16   didn't get a chance to visit with them, with the clients,
                17   before they did.
                18          THE COURT:  Your clients are not on trial.  They're
                19   just witnesses.
16:33           20          MS. HARRISON:  I understand.  But if they're going
                21   to accuse us --
                22          THE COURT:  But they're witnesses in a foreign
                23   country in jail with a bunch of crazy people surrounding
                24   them; so, we appointed them a lawyer.  But the government is
16:33           25   not after them.  It's going to leave them alone.  If they
```

|         |    |                                                                        |
|---------|----|------------------------------------------------------------------------|
|         | 1  | confess to the Brink's job in 1958 he's going to say, 'God             |
|         | 2  | bless you.  Have a good trip home.'  Get it done.                      |
|         | 3  |              MS. HARRISON:  Okay.  If they just ask factual            |
|         | 4  | questions and they don't come up with all that, you know,              |
| 16:33   | 5  | 'Are you lying because you said this to the investigator and           |
|         | 6  | now you're saying this?' -- I mean, that's just wasting a              |
|         | 7  | lot of time.                                                           |
|         | 8  |              THE COURT:  It is.  And I hope they don't, because        |
|         | 9  | one of us will adjust the equities later.                              |
| 16:33   | 10 |              MS. HARRISON:  Okay.                                      |
|         | 11 |              THE COURT:  They're witnesses.  And one thing you         |
|         | 12 | should do is be nice to witnesses, even when they're against           |
|         | 13 | you, because saying you're a layer, if anything, makes them            |
|         | 14 | less susceptible to be cooperative even when it would help             |
| 16:34   | 15 | you.  Even he knows that.                                              |
|         | 16 |              MS. HARRISON:  Thank you.                                 |
|         | 17 |              THE COURT:  We'll see you Wednesday?                      |
|         | 18 |              MR. PEREZ:  Wednesday morning, yes, Your Honor.           |
|         | 19 | Thank you, Your Honor.                                                 |
|         | 20 |              THE COURT:  Yes, sir.                                     |
|         | 21 |                    COURT REPORTER'S CERTIFICATE                        |
|         | 22 | I, BRUCE SLAVIN, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter, to the best of my ability. |
|         | 23 |                                                                        |
|         | 24 |                              *s/Bruce Slavin*                          |
|         | 25 |                              BRUCE SLAVIN, RPR, CM                     |