UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| The United States of America, § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | Criminal H-11-116-2 |
| § | |
| Jose Luis Rojas, § | |
| § | |
| Defendant. § | |

## Order Setting Hearing

A hearing on the fees claimed on Mark Bennett's CJA 20 voucher is set on

April 29, 2013
2:00 p.m.
Courtroom 11-C, Eleventh Floor
United States Courthouse
515 Rusk Avenue
Houston, Texas 77002.

Signed on April 16, 2013, at Houston, Texas.

_____
Lynn N. Hughes   USDJ
United States District Judge