UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| The United States of America, § § Plaintiff, § § versus § § Jose Luis Rojas, § § Defendant. § | Criminal H-11-116-2 |

## Order Canceling Hearing

On Mark Bennett's motion, the hearing set for May 13, 2013, is canceled. (384)

Signed on May 9, 2013, at Houston, Texas.

_____
Lynn N. Hughes   USDJ
United States District Judge